## J. W. MOTTLEY *v.* THE STATE.

PRACTICE IN THIS COURT.—Appellant moves this court to incorporate in the record a paper acknowledged by the county attorney to be a substantial copy of a refused charge, which, having been lost, was not contained in the transcript. The attorney general opposes the motion. Motion overruled. The lost charge should be supplied by action taken in court below, conformably to Articles 4969 and 4970, Paschal's Digest.

APPEAL from the County Court of Coryell. Tried below before the Hon. S. B. RABY, County Judge.

The appellant was fined $50.

No brief for the appellant.

*George McCormick*, Assistant Attorney General, for the State.

WHITE, J. Appellant moves, the attorney general objecting, to substitute in this court an instruction asked by defendant and refused by the court on the trial below, which instruction, it is stated, having been lost from the record, was not incorporated in the transcript before us. The substance of the lost instruction is set out as part of the motion, and an agreement that it is such is signed by the county attorney and attorneys for defendant.

The proper remedy to supply the loss would have been to have taken the necessary steps for that purpose in the lower court. Pasc. Dig., Arts. 4969, 4970; *Rogers* v. *The State*, 43 Texas, 409; *Lunsford* v. *The State*, 1 Texas Ct. of App. 448. The motion is overruled.

The appellant was tried upon an information brought under Article 6511, 2 Paschal's Digest, for carrying on his person a pistol in a court of justice convened for the transaction of business. The charge of the court presented the law applicable to the case; the evidence was sufficient to warrant the conviction; and, there being no material error in any of the proceedings, the judgment of the lower court is affirmed.

*Affirmed.*